UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DEBRA NELSON,

                Plaintiff,

vs.                                     Case No.   10 CV 343

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY GROUP INSURANCE PLAN, and
UNUM LIFE INSURANCE COMPANY OF AMERICA,

                Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based on the Motion for Dismissal by the Plaintiff in the above matter, IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE.

Dated this 5th day of October, 2010.

_____
Stephen L. Crocker, U.S. Magistrate Judge
William Conley, District Judge